UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVARES STEFIN,<br><br>           Petitioner,<br><br>    v.<br><br>TOM FELKER, Warden,<br><br>           Respondent.<br>_____ | Case No. CV 08-4481 MWF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on petitioner and counsel
for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 30, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE